## Martin Underwood, Appellee, v. C. C. Ankrum and Ida R. Ankrum, Appellants.

### (Not to be reported in full.)

Appeal from the Circuit Court of Vermilion county; the Hon. E. R. E. KIMBROUGH, Judge, presiding. Heard in this court at the October term, 1913. Reversed. Opinion filed October 16, 1914.

### Statement of the Case.

Action commenced before a justice of the peace by Martin Underwood against C. C. Ankrum and Ida R. Ankrum to recover damages for the alleged wrongful closing of a public highway, thereby depriving plaintiff and his customers of access to a coal mine, whereby he

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

sustained damages to his coal business. Plaintiff obtained a judgment before the justice, and on appeal, in the Circuit Court a verdict for fifty dollars was returned in his favor, on which judgment was entered, whereupon the defendants appealed.

H. M. STEELEY and H. M. STEELEY, JR., for appellants.

ISAAC A. LOVE, for appellee.

MR. PRESIDING JUSTICE THOMPSON delivered the opinion of the court.

### Abstract of the Decision.

1. JUSTICES OF THE PEACE, § 36*—*how jurisdiction of justice determined.* The jurisdiction of a justice of the peace is limited to cases in which jurisdiction is given in art. XI, § 16 of the Justice's and Constable's Act. J. & A. ¶ 6877.

2. JUSTICES OF THE PEACE, § 64*—*what action cannot be brought before justice.* An action for wrongfully closing a public highway, where the only remedy is by a suit in case, and the damages sued for are neither an injury to real estate nor to personal property, is improperly brought before a justice of the peace, since such justices have no jurisdiction in actions on the case.

3. ROADS AND BRIDGES, § 200*—*what is nature of proceeding to recover penalty for obstructing road.* A proceeding in the name of a town to recover a statutory penalty for obstructing a highway is in the nature of a criminal action.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.